UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH D. REYNOLDS,
    Petitioner,

vs.                                          Case No.: 3:22cv7486/LAC/ZCB

SECRETARY DEPARTMENT OF
CORRECTIONS,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, commenced this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). On June 6, 2022, the Court entered an order directing Petitioner to file an amended habeas petition within thirty days. (Doc. 5). The Court directed the Clerk of Court to send Petitioner the petition form and notified Petitioner that his failure to comply with an order of the Court would result in a recommendation of dismissal of this case. (*Id.* at 2).

Petitioner did not file an amended petition by the deadline. Therefore, on July 28, 2022, the Court issued an order giving Petitioner thirty days to show cause why this case should not be dismissed for his failure to comply with a Court order. (Doc. 7). The Court notified Petitioner that his failure to show cause would result in a recommendation of dismissal of this case. (*Id.* at 2). The deadline for compliance with the show cause order has passed, and Petitioner has not responded.

1

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

At Pensacola, Florida, this 23rd day of September 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**This case was referred to the undersigned for the issuance of all preliminary orders and any recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**